```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 17102
   LOIS L BATES
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9367


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/20/2007 and was confirmed 12/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  84.34%.

     The case was completed - no discharge 09/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00            .00           .00
CITIMORTGAGE INC           MORTGAGE ARRE      4189.55           .00       4189.55
FORD MOTOR CREDIT          SECURED VEHIC         .00            .00           .00
OCWEN                      CURRENT MORTG         .00            .00           .00
HARLEM FURNITURE           SECURED            1519.00         44.38       1519.00
B-REAL LLC                 UNSECURED          3574.51           .00       3014.85
ECAST SETTLEMENT CORP      UNSECURED OTH       265.92           .00        224.31
CITY OF CHICAGO PARKING    FILED LATE          740.00           .00           .00
CITY OF CHICAGO WATER DE   SECURED             600.00           .00        600.00
SOCIAL SECURITY            UNSECURED         NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          2798.96           .00       2360.73
BUCHALTER NEMER            NOTICE ONLY       NOT FILED          .00           .00
HARLEM FURNITURE           UNSECURED         NOT FILED          .00           .00
ANTONIO O BANNER           NOTICE ONLY       NOT FILED          .00           .00
HELEN WILLIAMS             NOTICE ONLY       NOT FILED          .00           .00
STACIE LUIE                NOTICE ONLY       NOT FILED          .00           .00
GLORIA BATES               SPECIAL CLASS      8326.42           .00       8326.42
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,978.00                    2,978.00
TOM VAUGHN                 TRUSTEE                                       1,998.88
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            25,256.12

PRIORITY                                       .00
SECURED                                   6,308.55
    INTEREST                                 44.38
UNSECURED                                13,926.31
ADMINISTRATIVE                            2,978.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17102 LOIS L BATES
```

```
TRUSTEE COMPENSATION                                      1,998.88
DEBTOR REFUND                                                  .00
                                   ----------------  ----------------
TOTALS                                   25,256.12         25,256.12
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/11/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
         CASE NO. 07 B 17102 LOIS L BATES